# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

Northern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN - 6 2022
ARTHUR JOHNSTON
BY ______ DEPUTY

Jonathan Jayuan Dontae Summers
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Hinds County, Mississippi
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:22-cv-8-HTW-LGI
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan Jajuan Dontae Summers

All other names by which you have been known:

ID Number: #082005

Current Institution: Madison County Jail

Address: 2935 Hwy 51 South

Canton (City) MS (State) 39046 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Joel Williams

Job or Title *(if known)*: Deputy

Shield Number:

Employer: Hind County Sheriff

Address:

Raymond (City) MS (State) 39154 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Jason Pittman

Job or Title *(if known)*: Deputy

Shield Number:

Employer: Hind County Sheriff

Address:

Raymond (City) MS (State) 39154 (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Louis Hall

Job or Title *(if known)*: Deputy

Shield Number:

Employer: Hinds County Sheriff

Address:

Raymond (City) MS (State) 39154 (Zip Code)

[✓] Individual capacity [✓] Official capacity

Defendant No. 4

Name: Tony Taylor

Job or Title *(if known)*: Deputy

Shield Number:

Employer: Hinds County Sheriff

Address:

Raymond (City) MS (State) 39154 (Zip Code)

[✓] Individual capacity [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

unreasonable searches and seizures Fourth and Fourteenth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Deprived me of my rights to be free from unreasonable Search and seizures and excessive-force

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On Hwy 18 Raymond, Ms on May 17, 2018

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

On May 17, 2018 about 2:00 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Hinds County Sheriff's Deputies Joel Williams, Jason Pittman Louis Hall and Tony Taylor allegedly shot into my Vehicle Carrying me, my wife and six children trying to Kill me. Three shots fired at the back of my head

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental and emotional and psychological injuries / Hinds Behavior Health Center

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm sueing for $4,800,000.00 ~~[illegible]~~ for mental and emotional injuries

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

   ______________________

5. Approximate date of filing lawsuit

   ______________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ______________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20/2021

Signature of Plaintiff: Jonathan Jajuan Dontae Summers
Printed Name of Plaintiff: Jonathan Jajuan Dontae Summers
Prison Identification #: #092005
Prison Address: 2935 Hwy 51 South
Canton (*City*) MS (*State*) 39046 (*Zip Code*)

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________
Printed Name of Attorney: ____________
Bar Number: ____________
Name of Law Firm: ____________
Address: ____________
____________ *City* ____ *State* ____ *Zip Code*
Telephone Number: ____________
E-mail Address: ____________

United States District Court, S.D. Mississippi
Northern Division

Plaintiff
Jonathan Jajuan Dontae Summers

v.

Defendants
Deputy Joel Williams
Deputy Jason Pittman
Deputy Tony Taylor
Deputy Louis Hall
individually and in their official
Capacities
Hinds County Sheriffs

On May 17, 2018 I, Jonathan Summers received a phone call informing me that law enforcement officers were at my home in Raymond, Ms. I, Jonathan later learned that the officers were there to serve me with active misdemeanor warrants and a felony warrant for fleeing/alluding law enforcement. At the time, I Jonathan, Casey my wife and my six children (who ranged in the age of six months to 12 years) were together in a vehicle that I Jonathan was driving. Deputy Pittman spotted I Jonathan's car and transmitted this information to Deputy Williams "who" saw the car and "initiated" a "traffic stop by turning on his blue lights". I, Jonathan "pulled off the road into a parking lot" and "turned the engine off when the deputies told me to." Deputy Pittman pulled alongside I, Jonathan, on the driver's side. Deputy Hall parked on the passenger side, and Deputy Williams parked at I, Jonathan's rear. Deputy Taylor was the last to arrive on the scene and parked his vehicle somewhat in front of I, Jonathan's car, but not totally blocking it. "The deputies" exited their vehicles with "guns drawn yelling for I, Jonathan to raise my hands and not move". One of my children in the vehicle heard a Deputy say "hold your fire kids are in the car" I, Jonathan complied with the order to raise my hands and "I asked" "Deputy Williams if I could

give my wife a kiss before I exit the car." without response from Williams." I, Jonathan moved my head to my right to give my wife a good-bye kiss." My hands were "still held high". "Suddenly and without provocation" "Deputy Hall shot into the car three times" Fearing for my life and the lives of my wife and children," I, Jonathan instinctively turned on the car and drove around the police car in front of me, "slightly touching it" As I, Jonathan attempted to escape the shooting "Deputy fired more shots at and into the car" Bullet grazed Casey's shoulder and my son Ardras's neck.

Deputies Pittman, Hall and Williams then pursued me Jonathan in a chase. During the chase, I Jonathan traveled down Highway 18 "at a high rate of speed" ran a red light and got hit by a truck. The deputies arrested me, Jonathan at the scene and charged me with felony fleeing, aggravated assault, and six counts of child endangerment. Several of I, Jonathan and Casey's children sustained injuries as a result of I. Jonathan's encounter with the deputies and subsequent crash.

I, Jonathan remember that Deputy Williams was on the driver's side of my vehicle. Deputy Taylor was on the passneger's side of the vehicle. Deputy Pittman was standing behind Deputy Williams which was the driver's side also. And Deputy Hall was standing at the rear of my vehicle. Where the first three shots came from behind my head.